

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

Puerto Rico American Insurance Company
    Plaintiff
        v.                            **CASE NUMBER: 97-1807 (HL)**

Nieves Hermanos Inc., et al.
    Defendants

Upon the motion filed by plaintiff herein for the execution of the judgment by this Court on June 11, 1998, and it appearing from the records of this Court and from plaintiff's motion that the defendants failed to pay to the plaintiff the sums of money adjudged to be paid under said judgment, and it appearing further that more than ten (10) days have elapsed from the entry of judgment;

IT IS HEREBY ORDERED that the Clerk of the Court issue a writ of execution to be served by the United States Marshall for the United States District Court for the District of Puerto Rico for the purpose of enforcing the plaintiff's judgment against the defendants in the sum of $20,380.10, plus Court costs.

SO ORDERED.

In San Juan, Puerto Rico, this 6th day of November, 2000.

                                        HECTOR M. LAFFITTE
                                        Chief U.S. District Judge